IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN STEVEN MUDD | * |
| PLAINTIFF, | * |
| v. | *   Civil Action No. 18-1250 |
| OCCASIONS CATERERS, INC., *et al.* | * |
| DEFENDANTS. | * |

**NOTICE OF REMOVAL**

Please take notice that, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Occasions Caterers, Inc ("Occasions"), Protocol Staffing Services, Inc. ("Protocol"), and Mark Michael ("Mr. Michael") file this Notice of Removal serving to remove this action, which was filed in the Superior Court for the District of Columbia and captioned *John Steven Mudd v. Occasions Caterers, Inc. et al.*, Case No. 2018 CA 003274 B, to this Court. The grounds for removal are as follows:

1. On about May 9, 2018, Plaintiff John Steven Mudd ("Plaintiff") commenced this action against Defendants in the Superior Court for the District of Columbia ("the State Court Action"). *See* Complaint, attached hereto as **Exhibit 1**. A copy of the Complaint was served on Defendants Occasions, Protocol, and Mr. Michael on about May 19, 2018 via certified mail delivered to Mr. Michael at his home address in the District of Columbia. A single Complaint was contained in one envelope, receipt of which was signed for by Mr. Michael's wife. Thus, this Notice of Removal has been filed within thirty (30) days after service of the Complaint on Occasions,

Protocol, and Mr. Michael, assuming that the receipt of the single Complaint in this fashion constituted good service. *See* 28 U.S.C. § 1446(b).[1]

2. Plaintiff is a Maryland resident. Complaint, attached hereto as **Exhibit 1**, at page 1.

3. Occasions and Protocol are District of Columbia Corporations that are headquartered in and conduct business in the District of Columbia. Complaint ¶ 7. Mr. Michael is a resident of the District of Columbia. Complaint at page 1.

4. In his Complaint, Plaintiff seeks recovery of approximately $74,000 in a 2017 bonus payment allegedly unpaid, $2,989.13 in allegedly unpaid paid leave, and alleged underpayment of wages at the rate of $23.00 per hour instead of $26.00 per hour for 2015, 2016, and 2017, in an unspecified amount. Complaint at ¶¶ 18, 20-21, and 32. The total of the alleged unpaid bonus payment and unpaid leave is $76,989.13; the unpaid hourly pay differential adds an additional amount in controversy in an uncertain amount. Further, Plaintiff seeks treble damages, prejudgment interest, and an award of reasonable attorney's fees and costs. Complaint at Prayer for Relief.

5. This action is removable to this Court because there is compete diversity of jurisdiction between the parties and the amount in controversy exceeds the sum of $75,000. Thus, this Court has original jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1332.

6. Under 28 U.S.C. § 1441(a), venue for the removed action is proper in this Court, as it is the District embracing the place where the State Court Action is pending.

---

[1] Service has not been effected on Defendants Eric Michael and Sina Molavi, both of whom are listed as having addresses in the District of Columbia.

7. Attached to this Notice of Removal are copies of the Complaint (**Exhibit 1**), the Initial Order and Addendum (**Exhibit 2**), and the Summons (**Exhibit 3**). These are the only documents that have been provided to Occasions, Protocol, and Mr. Michael.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and because removal is appropriate pursuant to 28 U.S.C. § 1441(a) and (b), notice is hereby given that this action, now pending in the Superior Court of the District of Columbia as Case No. 2018 CA 003274 B, is removed in its entirety to this Court.

Respectfully submitted,

_____
Philip B. Zipin, Esq., Bar No. 367362
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
(240) 839-9142 (fax)
Email: pzipin@zagfirm.com

*Counsel for Defendants Occasions Catering, Inc., Protocol Staffing Services, Inc., and Mark Michael*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2018, a true and correct copy of the foregoing was served via United States Mail, first class and postage prepaid, on:

Jeremy Greenberg
Denise M. Clark, Esq.
Clark Law Group, PLLC
1250 Connecticut Avenue N.W.
Suite 700
Washington, DC 20036

_____
Philip B. Zipin